■■ In the Matter of RANDALL H. ENDO, an Attorney, Resignor. [743 NYS2d 337] —Voluntary resignation accepted and name removed from roll of attorneys (*see, Matter of Manown,*

240 AD2d 83). Present—Green, J.P., Pine, Hayes, Hurlbutt and Burns, JJ. (Filed Mar. 27, 2002.)